STATE OF VERMONT

SUPERIOR COURT

WASHINGTON UNIT

CIVIL DIVISION

Docket No. 282-5-13 Wncv

| | |
|---|---|
| STATE OF VERMONT, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MPHJ TECHNOLOGY INVESTMENTS, LLC, | ) |
|     Defendant | ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), MPHJ Technology Investments, LLC hereby notifies this Court and the adverse party that Defendant in this matter filed a Notice of Removal of this case with the United States District Court for the District of Vermont. A copy of the Notice of Removal is attached hereto as **Exhibit A**.

In accordance with 28 U.S.C. § 1446(d), this Court shall proceed no further unless and until this case is remanded.

Andrew D. Manitsky, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P. O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
amanitsky@gravelshea.com
For Defendant