UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| STATE OF VERMONT )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MPHJ TECHNOLOGY )<br>INVESTMENTS, LLC, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 2:13-cv-00170-wks |

**PLAINTIFF STATE OF VERMONT'S MOTION TO REMAND**

Plaintiff State of Vermont, pursuant to 28 U.S.C. § 1447(c), moves this Court to remand this case to the Washington Superior Court, where it was originally filed and from which Defendant MPHJ Technology Investments, LLC, removed it.

The basis for this motion is set forth in the accompanying Memorandum.

Dated:  July 8, 2013

                        STATE OF VERMONT

                        WILLIAM H. SORRELL
                        ATTORNEY GENERAL


By:   */s/ Bridget C. Asay*
       Bridget C. Asay
       Ryan Kriger
       Naomi Sheffield
       Assistant Attorneys General
       Vermont Attorney General's Office
       109 State Street
       Montpelier, VT 05609
       Tel.  (802) 828-5500
       basay@atg.state.vt.us
       rkriger@atg.state.vt.us
       nsheffield@atg.state.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2013, I electronically filed the State of Vermont's Motion to Remand and attached memorandum of law with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Andrew D. Manitsky, Esq.

Dated:  July 8, 2013

                                STATE OF VERMONT

                                WILLIAM H. SORRELL
                                ATTORNEY GENERAL


By:    */s/ Bridget C. Asay*
        Bridget C. Asay
        Assistant Attorney General
        Vermont Attorney General's Office
        109 State Street
        Montpelier, VT 05609
        Tel.  (802) 828-5500
        basay@atg.state.vt.us